```
 1  CRAIG D. McMAHON, ESQUIRE (#97727)
    KIMBALL, TIREY & ST. JOHN LLP
 2  7676 Hazard Center Drive, Suite 900-B
    San Diego, California  92108-4515
 3  Telephone: (619) 231-1422
    Facsimile: (619) 234-7692
 4
    Attorneys for Defendants JCDVA, LLC, A CALIFORNIA
 5  LIMITED LIABILITY COMPANY; THE ART COLLECTOR, A
    CALIFORNIA CORPORATION
 6
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiffs,<br><br>    v.<br><br>JCDVA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; THE ART COLLECTOR, A CALIFORNIA CORPORATION; AND DOES 1-10,<br><br>    Defendants. | Case No. 3:14-cv-01527-H-BGS<br><br>**STIPULATION FOR SECOND EXTENSION REQUESTED OF TIME AS TO DEFENDANT JCDVA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY AND THE ART COLLECTOR, A CALIFORNIA CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: June 24, 2014 |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as Langer v. JCDVA, LLC, a California Limited Liability Company, et al., Case No. 3:14-cv-01527-H-BGS has been resolved as to Defendants JCDVA, LLC, a California Limited Liability Company; The Art Collector, a California Corporation.  The parties have agreed to an additional thirty (30) day extension to the response date in this matter to allow the parties to circulate a satisfactory agreement.

1 | Dated: August 11, 2014 | **KIMBALL, TIREY & ST. JOHN, LLP**

By: /s/ Craig D. McMahon
CRAIG D. McMAHON
Attorneys for Defendants
JCDVA, LLC, a California Limited
Liability Company; The Art Collector, a
California Corporation

Dated: August 11, 2014 | **CENTER FOR DISABILITY ACCESS**

By: /s/ Mark Potter
MARK POTTER
PHYL GRACE
Attorneys for Plaintiff
CHRIS LANGER